IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 15, 2010 |
| Court Reporter: Janet Coppock | Time: 3 hours and 52 minutes |

**CASE NO. 10-cv-01552-PAB**

| Parties | Counsel |
|---|---|
| **SYNTHES USA SALES, LLC,** | Leigh Ann Fierro |
| | Paul Lewis |
| Plaintiff (s), | |
| vs. | |
| **STEVEN J. DICKEY,** | Paul Greco |
| | Todd Fredrickson |
| Defendant (s). | |

**HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

**9:36 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Matthew Shapcott, plaintiff representative and defendant Steven J. Dickey are present.

Discussion on how this hearing should proceed.

**Plaintiff's Motion for Temporary Restraining Order (Doc #3), filed 6/30/10.**

**Plaintiff's Unopposed Motion to File Under Seal Synthes' Trade Secret Documents, To Close to the Public Portions of Court Proceedings Disclosing Those Trade Secrets, and for Emergency Relief Under D.C.COLO.LCivR 7.2(I) (Doc #24), filed 7/14/10.**

**ORDERED:** Court waives the 3-day posting rule, pursuant to Local Rule 7.1.

**9:40 a.m.** Ms. Fierro identifies the exhibits plaintiff is seeking to be sealed and comments in support of plaintiff's motion.

**9:43 a.m.** Comments by Mr. Fredrickson regarding plaintiff's motion and advising the Court of additional exhibits defendant wishes to include for this hearing.

Court states its findings.

**ORDERED:** Plaintiff's Unopposed Motion to File Under Seal Synthes' Trade Secret Documents, To Close to the Public Portions of Court Proceedings Disclosing Those Trade Secrets, and for Emergency Relief Under D.C.COLO.LCivR 7.2(I) (Doc #24), filed 7/14/10 is **GRANTED in PART and DENIED in PART** as stated on the record. Counsel shall submit a proposed confidentiality agreement.

**9:58 a.m.** Opening statement by Ms. Fiero.

**10:02 a.m.** Opening statement by Mr. Greco.

**10:04 a.m.** Direct examination of plaintiff's witness Matthew Shapcott by Ms. Fierro.

Plaintiff's **exhibit 1** identified and offered. Objection by Mr. Greco.

Ms. Frierro withdraws plaintiff's request for the admittance of plaintiff's **exhibit 1.**

Plaintiff's **exhibits 2, 3, 8, 9, 10, 11, 20, 21, 22 and 33** identified, offered and ADMITTED.

**10:44 a.m.** Cross examination by Mr. Greco.

Defendant's **exhibit D** identified and offered. No objection by Ms. Fierro, if the exhibit is sealed. Objection by Mr. Grego as to sealing the exhibit.

**ORDERED:** Defendant's **exhibit D** is ADMITTED, under seal and under the same conditions as plaintiff's sealed exhibits.

**11:13 a.m.**   Redirect examination by Ms. Fierro.

Witness excused.

**11:15 a.m.**   **COURT IN RECESS**

**11:20 a.m.**   **COURT IN SESSION**

**11:22 a.m.**   Direct examination of the defendant Steven Dickey by Mr. Greco.

**ORDERED:**   Defendant's **exhibit D** is ADMITTED, under seal and under the same conditions as plaintiff's sealed exhibits.

**11:46 a.m.**   Cross examination by Ms. Fierro.

Defendant's **exhibit G** identified, offered and ADMITTED.

Witness excused.

**12:00 p.m.**   **COURT IN RECESS**

**1:34 p.m.**   **COURT IN SESSION**

   Argument by Ms. Fierro.  Questions by the Court.

**2:01 p.m.**   Argument by Mr. Greco.  Questions by the Court.

Court states its findings and conclusions.

**ORDERED:**   Plaintiff's Motion for Temporary Restraining Order (Doc #3), filed 6/30/10 is **DENIED**.

**Plaintiff's Motion for Expedited Discovery (Doc #4), filed 6/30/10.**

Argument by Ms. Fierro in support of plaintiff's motion.

**ORDERED:**   Plaintiff shall supplement its motion with specific descriptions of all the types of expedited discovery plaintiff is seeking by **12:00 noon on July 19, 2010**.  Defendant's response is due by **12:00 noon on July 23, 2010.**

Page Four
10-cv-01552-PAB
July 15, 2010

Court gives counsel possible dates for the hearing on the Preliminary Injunction for their consideration.

**3:07 p.m. COURT IN RECESS**

**Total in court time: 232 minutes**

**Hearing concluded**